Court, Appellate Division, First Department. February Term, 1899.) Action by Oscar G. Rafferty and others against the Buffalo City Gas Company and others. No opinion. Motion to dismiss appeal denied, with $10 costs. See 56 N. Y. Supp. 288.

RIHANI, Appellant, v. NAMHOAL, Respondent. (Supreme Court, Appellate Term. June 28, 1899.) Action by Ameen F. Rihani against Sadie Namhoal. There was a judgment for defendant, and plaintiff appeals. Affirmed. Adolphus D. Pape, for appellant. Edward A. Sumner, for respondent.

LEVENTRITT, J. This appeal involves only a question of fact. The plaintiff sued on a written agreement, alleged to have been executed by the defendant by affixing her mark thereto, by which she undertook to pay to the plaintiff 33⅓ per cent. of an eventual recovery in an action for personal injuries against the Consolidated Traction Company of New Jersey. The answer denied that any agreement was made, or that any services were rendered thereunder, and set up as affirmative defense that the signature thereto was forged. On sharply conflicting evidence the justice decided in favor of the defendant. His determination is supported by ample evidence, and, as the exceptions are uniformly frivolous, the judgment will be affirmed. Judgment affirmed, with costs to the respondent. All concur.

ROBINSON, Appellant, v. PRESIDENT, ETC., D. & H. CANAL CO., Respondent. (Supreme Court, Appellate Division, Third Department. July 6, 1899.) Action by Laura Robinson, as administratrix, against the president, etc., of the Delaware & Hudson Canal Company. No opinion. Judgment affirmed, with costs. All concur, except LANDON, J., who dissents.

ROLL, Respondent, v. BROOKLYN LIFE INS. CO., Defendant (JACOBI, Appellant). (Supreme Court, Appellate Division, Fourth Department. March, 1899.) Action by Katherine Jacobi Roll against the Brooklyn Life Insurance Company and Theodore Jacobi. No opinion. Order modified by striking out that part of the order which requires the appellant, Theodore Jacobi, to give a bond for $250 as a condition for leave to answer; and the order, as amended, is affirmed, with $10 costs and disbursements to Theodore Jacobi against the plaintiff.

ROSSI, Respondent, v. CANEVARI, Appellant. (Supreme Court, Appellate Division, First Department. June 16, 1899.) Action by Cesira Rossi against Pietro Canevari. H. A. Forster, for appellant. C. J. Early, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

ROSSI, Respondent, v. CANEVARI, Appellant. (Supreme Court, Appellate Division, First Department. June 16, 1899.) Action by Pietro Rossi against Pietro Canevari. H. A. Forster, for appellant. C. J. Early, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

ROTH et al., Respondents, v. BROOKS, Appellant. (Supreme Court, Appellate Division, Third Department. July 6, 1899.) Action by Alfred P. Roth and Frederick Engelhardt against William Brooks. No opinion. Judgment and order affirmed, with costs.

SCHNEIDER, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 20, 1899.) Action by David Schneider against the Nassau Electric Railroad Company. No opinion. Judgment of the municipal court affirmed, with costs.

SECKEL, Appellant, v. ABRAHAMS et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 20, 1899.) Action by Bernhard H. Seckel, as assignee of Tillie Hosch, etc., against Henry M. Abrahams and Joseph L. Abrahams. No opinion. Judgment and order affirmed, with costs.

SHAY, Respondent, v. McKENNA, Appellant. (Supreme Court, Appellate Division, Second Department. June 27, 1899.) Action by Catharine Shay against Patrick J. McKenna. No opinion. Order granting new trial affirmed, with costs to the respondent to abide the event of the action.

SHEEHY, Respondent, v. CLAUSEN, et al., Appellants. (Supreme Court, Appellate Division, First Department. June 30, 1899.) Action by Edward C. Sheehy against George C. Clausen and others. A. B. Cruikshank, for appellants. D. F. Kiely, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 55 N. Y. Supp. 1000.

SHEFFIELD, Respondent, v. ANDREWS, Appellant. (Supreme Court, Appellate Division, Second Department. June 20, 1899.) Action by Daisy B. Sheffield against John Andrews, Jr. No opinion. Judgment affirmed, with costs, on argument.

SHELDON, Appellant, v. PRESTON et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. July 18, 1899.) Action by Andrew F. Sheldon against Mary E. Preston and another. No opinion. Judgment modified, so as to declare the judgment of plaintiff a lien superior to that of a mortgage of $575, and, as so modified, affirmed, with costs to appellant.

SKINNER, Appellant, v. TOWN OF STOCKBRIDGE, Respondent. (Supreme Court, Appellate Division, Fourth Department. March, 1899.) Action by Charles A. Skinner against the town of Stockbridge. No opinion. Order affirmed, with $10 costs and disbursements. Held, that Madison county is the proper county in which the trial of the action should take place.

for appellant. C. J. Early, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.